**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Lezmond Charles Mitchell**
County of Residence: Outside the State of Arizona
County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Jonathan Charles Aminoff , Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**321 E. 2nd Street**
**Los Angeles, California 90012**
**213-894-5374**

**Defendant**(s): **United States of America**
County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**Krissa Lanham , Assistant U.S. Attorney**
**United States Attorney's Office**
**40 North Central Avenue, Suite 1800**
**Phoenix, Arizona 85004-4449**
**602-514-7500**

II. Basis of Jurisdiction: **2. U.S. Government Defendant**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
Plaintiff:- **2 Citizen of Another State**
Defendant:- **1 Citizen of This State**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **535 Death Penalty**

VI.Cause of Action: **28 U.S.C. 2255**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **Post-Conviction Relief**
Jury Demand: **No**

VIII. This case **IS RELATED** to Case Number **CV-09-08089-DGC** assigned to Judge **Campbell .**

**Signature: /s/ Jonathan C. Aminoff**

**Date: 08/20/2020**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William G. Voit, Assistant U.S. Attorney
Arizona State Bar No. 025808
William.Voit@usdoj.gov

Sharon Sexton, Assistant U.S. Attorney
Arizona State Bar No. 012359
Sharon.Sexton@usdoj.gov

Krissa M. Lanham
Arizona State Bar No. 035085
Krissa.Lanham@usdoj.gov

*/s/ Iliana Hernandez*
Iliana Hernandez