**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Mitchell,<br>Petitioner,<br>v.<br>United States of America,<br>Respondent. | No. CV-20-08217-PCT-DGC<br>No. CR-01-01062-01-PCT-DGC<br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Court's Order filed August 21, 2020, Petitioner's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection is hereby dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

August 21, 2020

s/ C. Boucher
By: Deputy Clerk