# ATTACHMENT A

# STATIA PEAKHEART

## EMPLOYMENT

ASSISTANT SUPERVISOR, CAPITAL HABEAS UNIT — JUNE 2006-PRESENT
DEPUTY FEDERAL PUBLIC DEFENDER — MARCH 1996-PRESENT
*Office of the Federal Public Defender for the Central District of California* — *Los Angeles, California*

Primary responsibility is, as Assistant Supervisor, to assist and guide six CHU attorneys in their litigation and investigation strategies, and review and edit final work-product before it is filed. And, as lead counsel, directing the litigation for capital habeas petitioners in federal district and appellate court, from pre-petition in the district court, through exhaustion proceedings in the California Supreme Court, to post-exhaustion proceedings, including evidentiary hearings, and appellate briefing in the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court. Conducted pre-hearing discovery and prepared and presented lay and expert witnesses at four federal evidentiary hearings in capital habeas cases, including developing and presenting mental health witnesses and mitigation; also presented lay witnesses at a non-capital state evidentiary hearing, and prepared and presented mental health witnesses at lengthy competency and forced-medication hearings in a federal capital trial case. In addition to supervising the cases of five CHU attorneys, my caseload includes, at present, eleven capital habeas petitioners, three non-capital habeas petitioners in the district court, a federal capital trial client, and a client preparing to file an appeal and § 2255.

STAFF ATTORNEY — SEPTEMBER 1993-SEPTEMBER 1995
*Arizona Capital Representation Project* — *Tempe, Arizona*

Primary responsibilities included assisting counsel with their pretrial, trial and postconviction capital cases in state and federal courts, and assisting with the investigation and litigation in state appellate, post-conviction and federal habeas proceedings in the capital cases where the Project was counsel. Co-editor of the ARIZONA CAPITAL CASE DEFENSE MANUAL, a three-volume set of motions I screened, researched, and kept updated; co-organizer and co-chair of a two-day seminar, Defending the Capital Case, the first training of its type for Arizona capital trial attorneys; and participated in the settlement of more than twelve capital pre-trial cases. The latter included directing pre-trial mitigation investigation and meeting with capital defendants about accepting a settlement in their cases.

STAFF ATTORNEY — SEPTEMBER 1991-AUGUST 1993
*United States Court of Appeals for the Third Circuit* — *Philadelphia, Pennsylvania*

Judicial clerkship serving the Court at large, where expertise was acquired in constitutional law, criminal law, civil rights law, habeas corpus, as well as civil and criminal appellate procedure and appellate jurisdiction. Primary responsibilities included evaluating and recommending disposition of *pro se* and non-capital habeas corpus appeals; correspondence; telephonic and in-person inquiries from litigants involved in *pro se* appeals; and preparing bench memoranda and the drafting of opinions. Special assignments included coauthoring the DEATH PENALTY MANUAL (Feb. 1993), for use by the judges and staff of the Court, and the judges and staff of the Third Judicial Circuit's District Courts.

[Law school clerkship (2nd year) and internship (3rd year) omitted; information available upon request]

EMERGENCY MEDICAL TECHNICIAN – INTERMEDIATE — JUNE 1984 TO SEPTEMBER 1991

Primary responsibilities included providing emergency medical care to the acutely ill and critically injured in the pre-hospital setting. Also, as Senior Vehicle Operator and a Field Training Office, instructed and evaluated trainees in emergency driving techniques and in the skills required of a professional intermediate paramedic, respectively. Performed duties on transport ambulance, in fixed-wing aircraft, and in a one-medic emergency response unit.

## EDUCATION

JURIS DOCTORATE — 1988-1991
*UNIVERSITY OF OKLAHOMA COLLEGE OF LAW* — *NORMAN, OKLAHOMA*

- MANAGING EDITOR, AMERICAN INDIAN LAW REVIEW (1990-91)
- ASSOCIATE EDITOR, AMERICAN INDIAN LAW REVIEW (1989-90)
- OUTSTANDING EDITOR (1990-91)
- NATIVE AMERICAN LAW STUDENT ASSOCIATION, PRESIDENT (1990-91)

BACHELOR OF ARTS — GRADUATED 1998
*UNIVERSITY OF OKLAHOMA* — *NORMAN, OKLAHOMA*

- MAJOR IN POLITICAL SCIENCE; MINOR IN PSYCHOLOGY