**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

vs.

Lezmond Mitchell,

Defendant.

No. CR-01-1062-PCT-MHM

**ORDER**

Defendant, a federal prisoner under sentence of death, has moved for appointment of counsel to prepare a petition for habeas corpus relief under 28 U.S.C. § 2255. The Federal Public Defender for the District of Arizona, after consultation with the Administrative Office of the United States Courts' Federal Capital Habeas Project, recommends appointment of Statia Peakheart, Deputy Federal Public Defender for the Central District of California. The Court having previously determined that Defendant is indigent and it appearing that Ms. Peakheart is qualified pursuant to 18 U.S.C. § 3599(a)(2)(c),

**IT IS ORDERED** granting Defendant's Motion for Appointment of Counsel to Pursue Post-Conviction Remedies (Dkt. 503) and appointing Statia Peakheart, Deputy Federal Public Defender, Central District of California, 321 East Second Street, Los Angeles, CA 90012-4206, (213) 894-2854, statia_peakheart@fd.org, as Counsel for Defendant. Appointment is made pursuant to 18 U.S.C. § 3599(a)(2), *McFarland v. Scott*, 512 U.S. 849, 855 (1994), and General Order 07-08.

**IT IS FURTHER ORDERED** that, in addition to the requirements of Local Rule Criminal 49.2, Local Rule Civil 5.4, and Section II.D.3 of the Electronic Case Filing Administrative Policies and Procedure Manual, the parties shall provide to the Court's Capital Case Staff Attorneys a second paper copy of every electronically filed pleading or other document that exceeds TEN pages in length, including exhibits and attachments. The notation "Capital Case Staff Attorney Copy" shall be clearly marked on the first page of such copy. <u>All paper courtesy copies shall be bound and, if there are exhibits, they shall be tabbed and accompanied by an index</u>.

DATED this 25th day of April, 2008.

Mary H. Murguia
United States District Judge