# File Returned from 9CCA

District Court Case # CR 01-1062-PCT-MHM

9CCA Case # 03-99010

____ Civil  X Criminal

5 Clerk's Files

49 Transcripts - docket # 211-212, 248, 361-364, 407-408, 412-414, 420-423
486, 370-377, 388-394, 397, 399, 401-404, 458-465,
469

____ Bulkie documents - docket # ____________

18 Other documents - 1 OTHER CLERK'S FILE, 1 OTHER TRANSCRIPT,
16 OTHER DOCUMENTS IN 4 EXPANDOS

3 Expandos

yes/(no) - Closed sticker

yes/(no) - Appeal stamp

Verified by HH

Date 6·12·8