Case: 3:01cr1062

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 0 2 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY________________ DEPUTY

Michael O'Connor
-
1000 LaSalle Ave
MSL 400
Minneapolis, MN 55403-2005

doc #534

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118
OFFICIAL BUSINESS

Hasler
012H16208542
$00.44⁰
07/20/2010
Mailed From 85003
US POSTAGE

☐ MOVED, LEFT NO ADDRESS
☐ FORWARDING ORDER EXPIRED
☐ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER

RTS - NSF

RECEIVED
AUG 0 2 2010
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

[redacted]

RN TO SENDER