SEAN KENNEDY (Calif. Bar No. 145632)
Federal Public Defender
JONATHAN C. AMINOFF (Calif. Bar No. 259290)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>LEZMOND CHARLES MITCHELL,<br>Defendant/Petitioner. | Case No.: 3:01-CR-01062-NVW<br>**NOTICE OF APPEARANCE OR REASSIGNMENT** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Jonathan C. Aminoff, who is employed with the Office of the Federal Public Defender for the Central District of California, having been assigned to Mr. Mitchell's case, enters his appearance replacing Statia Peakheart. Statia Peakheart is no longer employed with the Federal Public Defender's Office and should therefore be removed from the case and the service list.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: April 23, 2013

By *\/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

Counsel for Defendant/Petitioner
LEZMOND CHARLES MITCHELL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2013, I served the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I hereby certify that on April 23, 2013, I served the attached document by first-class mail on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney
Evo A. De Concini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010

*/S/ Stephanie Verhamme*
STEPHANIE VERHAMME