IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Lezmond Charles Mitchell,

Defendant/Movant,

v.

United States of America,

Plaintiff/Respondent.

No. CV-09-08089-PCT-NVW
(CR-01-01062-PCT- NVW)

**ORDER**

I hereby recuse myself from any further action in the above-captioned matters.

**IT IS ORDERED** these cases be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that these matters have been reassigned by random lot to the Honorable David G. Campbell. All future pleadings and papers submitted for filing shall bear the following complete case numbers: CV-09-08089-PCT-DGC and CR-01-01062-PCT-DGC.

Dated this 7th day of March, 2018.

Neil V. Wake
Senior United States District Judge