**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Lezmond Charles Mitchell,

Defendant.

No. CR-01-01062-PCT-DGC
(No. CV 09-9089-PCT-DGC)

**ORDER**
DEATH-PENALTY CASE

Execution: August 26, 2020

Before the Court is the Motion to Strike Execution Warrant and Vacate Execution Date and to Enjoin Any Further Violation of this Court's January 8, 2003 Judgment and Commitment Order; Stay of Execution Pending Resolution of this Motion filed by federal death row inmate Lezmond Mitchell. (Doc. 606.)

**IT IS ORDERED:**

1. The Plaintiff shall file a response no later than **12:00 p.m. on Monday, August 10, 2020**.

2. The Defendant shall file a reply no later than **12:00 p.m. on Tuesday, August 11, 2020**.

3. Oral argument is set for **2:30 p.m. on Wednesday, August 12, 2020**.

Dated this 7th day of August, 2020.

David G. Campbell

David G. Campbell
Senior United States District Judge