CUAUTEMOC ORTEGA (Cal. Bar No. 257443)
Interim Federal Public Defender
JONATHAN C. AMINOFF (Cal. Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (Cal. Bar No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant
Lezmond Charles Mitchell

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Lezmond Charles Mitchell,<br><br>Defendant. | Case No. CR 01-1062-DGC<br><br>(Case No. CV 09-08089-DGC)<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**EXECUTION SET FOR AUGUST 26, 2020**<br><br>Honorable David G. Campbell<br>United States District Judge<br><br>**DEFENDANT'S NOTICE OF WAIVER OF APPEARANCE**<br><br>**Oral Argument Set For August 12, 2020 at 2:30 p.m.** |

In accordance with the Court's instructions, undersigned counsel of record hereby files this notice waiving Defendant Lezmond Mitchell's appearance for the Wednesday, August 12, 2020 oral argument on Mitchell's motion to strike execution warrant and vacate execution date and to enjoin any further violation of the Court's January 8, 2003 Judgment and Commitment Order.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

DATED: August 7, 2020 By *l/s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF
Deputy Federal Public Defender

Attorneys for Petitioner
Lezmond Charles Mitchell

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William G. Voit, Assistant U.S. Attorney
Arizona State Bar No. 025808
William.Voit@usdoj.gov

Sharon Sexton, Assistant U.S. Attorney
Arizona State Bar No. 012359
Sharon.Sexton@usdoj.gov

*/s/ Iliana Hernandez*
Iliana Hernandez