# Exhibit B

[CHAPTER 367]

June 19, 1937
[H. R. 2705]
[Public, No. 156]

AN ACT

To provide for the manner of inflicting the punishment of death.

Criminal Code, amendment.
18 U. S. C. § 542.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That section 323 of the Criminal Code of the United States (U. S. C., title 18, sec. 542) be, and the same is hereby, amended to read as follows:

Death penalty; State law to govern manner of infliction.
Use of local facilities, etc.

"SEC. 323. The manner of inflicting the punishment of death shall be the manner prescribed by the laws of the State within which the sentence is imposed. The United States marshal charged with the execution of the sentence may use available State or local facilities and the services of an appropriate State or local official or employ some other person for such purpose, and pay the cost thereof in an amount approved by the Attorney General. If the laws of the State within which sentence is imposed make no provision for the infliction of the penalty of death, then the court shall designate some other State in which such sentence shall be executed in the manner prescribed by the laws thereof."

Where State has no provision for infliction of death penalty.

Approved, June 19, 1937.

---

[CHAPTER 368]

June 19, 1937
[H. R. 4213]
[Public, No. 157]

AN ACT

To amend the Inland Waterways Corporation Act, approved June 3, 1924, as amended; authorizing the Secretary of War to extend the services and operations of the Inland Waterways Corporation to the Savannah River.

Inland Waterways Corporation.
43 Stat. 363.
49 U. S. C. §§ 151-156.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Act entitled "An Act to create the Inland Waterways Corporation for the purpose of carrying out the mandate and purpose of Congress as expressed in sections 201 and 500 of the Transportation Act, and for other purposes", approved June 3, 1924, as amended, be further amended by adding at the end thereof the following new section:

Services and operations extended to the Savannah River.

"SEC. 7. The Secretary of War is authorized to extend the services and operations of the Inland Waterways Corporation to the Savannah River, under the same terms and conditions as are prescribed for the extension of such services and operations to any tributary or connecting waterway of the Mississippi River in section 3 (b) of this Act, as amended by section 2 of the Act approved May 29, 1928 (45 Stat. 979)."

45 Stat. 979.

Approved, June 19, 1937.

---

[CHAPTER 369]

June 19, 1937
[H. R. 5721]
[Public, No. 158]

AN ACT

To amend the Federal Register Act.

Federal Register Act, amendment.
49 Stat. 503.
44 U. S. C., Supp. II, §§ 301-314.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That section 11 of the Federal Register Act, approved July 26, 1935 (49 Stat. 500), is hereby amended to read as follows:

Codification of documents to be filed by Federal agencies with Administrative Committee.

"SEC. 11. (a) On July 1, 1938, and on the same date of every fifth year thereafter, each agency of the Government shall have prepared and shall file with the Administrative Committee a complete codification of all documents which, in the opinion of the agency, have general applicability and legal effect and which have been issued or promulgated by such agency and are in force and effect and relied upon by the agency as authority for, or invoked or used by it in the