# Exhibit C

75TH CONGRESS 1st Session } HOUSE OF REPRESENTATIVES { REPORT No. 164

# METHOD OF IMPOSITION OF DEATH SENTENCE

JANUARY 29, 1937.—Committed to the Committee of the Whole House on the state of the Union and ordered to be printed

Mr. WEAVER, from the Committee on the Judiciary, submitted the following

## REPORT

[To accompany H. R. 2705]

The Committee on the Judiciary, to whom was referred the bill (H. R. 2705), to provide for the manner of inflicting the punishment of death, after consideration, report the same favorably to the House with the recommendation that it do pass.

The method of imposition of the death sentence imposed by Federal courts is by hanging, which has been the method employed since the beginning of the Government. Many States now use more humane methods of execution, such as electrocution, or gas. The Attorney General suggests that it appears desirable for the Federal Government likewise to change its law in this respect, in which your committee concurs.

The Attorney General has proposed the bill here reported. It provides that the manner of execution shall be the manner prescribed by the laws of the State within which the sentence is imposed. In the event the State in which sentence is imposed does not inflict the death penalty, the court is to designate some other State in which the sentence is to be executed in the manner prescribed by the laws of that State.

The United States marshal having responsibility for the execution is authorized by the bill to use available State or local facilities and their officials, or to employ some other person, for such purpose, and to pay the cost thereof in an amount approved by the Attorney General.

The letter of the Attorney General follows:

DECEMBER 30, 1936.

Hon. HATTON W. SUMNERS,
*Chairman, Committee on the Judiciary, House of Representatives,*
*Washington, D. C.*

MY DEAR MR. CHAIRMAN: Under existing law, section 323 of the Criminal Code (U. S. Code, title 18, sec. 542), a death sentence imposed by a Federal court is carried out by hanging. The statute to that effect was originally enacted on April 30, 1790 (1 Stat. 112, 119).

Subsequently to the enactment of the statute many of the States have changed the method of execution and have adopted more humane methods, such as electrocution. It appears desirable for the Federal Government likewise to change its law in this respect.

Accordingly, the enclosed bill proposed that a sentence of death imposed by a Federal court shall be carried out in the same manner in which such sentences are carried out under the laws of the State in which the Federal court is held. The bill further proposes that the United States marshal charged with the duty of carrying out the sentence may use State or local facilities and avail himself of the services of State or local officials for that purpose.

I hope that this measure may be introduced and enacted during the ensuing session of the Congress.

Sincerely yours,

HOMER CUMMINGS, *Attorney General.*

In compliance with clause 2a of rule XIII of the Rules of the House of Representatives, existing law is printed below in roman, with matter proposed to be stricken out in black brackets, and new matter proposed to be inserted printed in italics:

SEC. 323. The manner of inflicting the punishment of death shall be [by hanging] *the manner prescribed by the laws of the State within which the sentence is imposed. The United States marshal charged with the execution of the sentence may use available state or local facilities and the services of an appropriate state or local official or employ some other person for such purpose, and pay the cost thereof in an amount approved by the Attorney General. If the laws of the state within which sentence is imposed make no provision for the infliction of the penalty of death, then the court shall designate some other State in which such sentence shall be executed in the manner prescribed by the laws thereof.*

O