# Exhibit D

# WOMAN GIVEN PRISON SENTENCE

## Mrs. Julia M. Barker Assessed 10 to 15 Years For Pistol Shooting

DETROIT, June 17 (AP).—Mrs. Julia M. Barker, once wealthy Detroit real estate operator, was sentenced today to serve 10 to 15 years in the Detroit House of Correction for the fatal shooting of Mrs. Edith Mae Cummings last January 15.

Circuit Judge Ira W. Jayne pronounced sentence in the court room where Mrs. Barker two weeks ago was convicted of manslaughter.

Standing erect before the bench today, Mrs. Barker told the judge, "I am absolutely innocent. I never laid a hand on Edith Mae Cummings."

Mrs. Cummings died of a pistol wound in a snow-covered ravine near Belleville, Mich. The state, which sought a murder conviction, contended Mrs. Barker shot her business association during an argument over real estate deals for which both were charged with fraud in Kentucky indictments.

Good conduct allowances might reduce Mrs. Barker's sentence to seven years, 11 months, and additional allowances are possible at the discretion of parole authorities.

## F. D. AIDES TRY TO UNRAVEL SNARL

Continued From Page 1

grants. They have extensive legal and engineering staffs primed for action.

But, directly across their path, lies the Barkley statement of policy. PWA officials express dissatisfaction with it, but in view of it, they indicate they have delayed 49 public power projects entailing expenditures of more than $56,000,000.

At this point, Corcoran and Cohen step in. These twin entrepreneurs of many a New Deal innovations have the task of reconciling Barkley's declaration with PWA desires.

In the words of one official, they must find a formula for determining what constitutes a "fair and reasonable" offer for private power properties. They must determine procedure by which municipalities may make such an offer and how it may be tested for fairness and reasonability.

It is indicated that if they arrive at a satisfactory formula, it may be made one basis of a new presidential pronouncement on national power policy.

## ROOSEVELTS CELEBRATE ON EVE OF CEREMONY

Continued From Page 1

master of ceremonies, while John and Anne watched the make-believe carefully and seriously from the pew to be occupied by the President tomorrow.

**Looks Complicated.**

"This is pretty complicated," said John as the ushers marched and wheeled.

Franklin, meanwhile, managed to instruct the maid of honor, Sally Clark, sister of the prospective bride, on just how the bridal train should be handled.

"You just pick up the train and go whoof," said Franklin to Sally, throwing the trailing end of the bed-sheet away from him.

While ushers and bridesmaids frequently whispered and even giggled as they rehearsed, the most serious one of all was little Joan Clark, 10-year-old sister of Anne, who is to be flower girl. Poised and unsmiling, she led the march down the aisle and generally won applause for her part.

**President Entertains.**

The President actually began his entertainment of the bridal party at luncheon. Eight of the 13 ushers, together with John, Anne and Sally, made up part of his guest list.

Earlier, the latter three had met the Chief Executive at nearby Salem, where he boarded the Potomac after an all-night train ride from Washington. Between 3,000 and 4,000 people greeted him there.

What the President told his son in his last farewell to John as a bachelor remained a secret, but Mrs. Roosevelt made it clear she would give the young couple no "motherly advice."

"I'm not good at giving advice," was her parting word to newsmen.

COME HERE FOR YOUR
Film Rolls
FOR
FATHER'S DAY
AND GET THEM
DEVELOPED & PRINTED
FOR ONLY
25c Per Roll
Any 6 or 8 exposure roll, POSTCARD size, or smaller.
STUDER PHOTO COMPANY
Five Studios and Stores in SAN ANTONIO AND AUSTIN

# Gown of Roosevelt Bride



Copyright by HICKSON, Inc., 1938 from ACME

Above exclusive sketch shows the gown that Miss Anne Lindsay Clark will wear at her wedding to John Roosevelt, to be held June 18, at Nahant, Mass. There are 20 yards of French organdie in the gown with the dull side of 620 yards of satin ribbon used as embroidery. The bodice and puffed sleeves are embroidered with shirred ribbon. The veil is of 14 yards of Bridal Illusion, a cap effect with orange blossom tiara and waist length face veil.

# Color and Finery Mark Roosevelt-Clark Wedding

NAHANT, Mass., June 17 (AP).—Anne Clark will go to the altar tomorrow to wed John Roosevelt wearing a gown with 620 yards of satin ribbon, hand-embroidered on its Gossamer whiteness.

The dress, one of the most beautiful bridal costumes of recent years, required weeks of work in a Boston shop. It took 20 yards of French organdy, and Anne's tulle veil is 30 feet long.

The narrow ribbon embroidery is in oak leaf patterns on the dress, which has a square Dutch neck and short cuff sleeves.

A short circular veil will cover Anne's face as she goes up the aisle.

John said the "something borrowed" she'll wear in keeping with the old bridal custom is a diamond bracelet belonging to her mother, Mrs. F. Haven Clark—"and it's just borrowed."

Wedding finery in all the shades of the rainbow was ready tonight for the marriage. Hyacinth blue and peach color will be in the bridal procession, navy and Eleanor blue in Mrs. Franklin D. Roosevelt's ensemble and orchid and gray in the costume of the bride's mother.

Anne's going away costume is dark blue rough crepe, with a waist-length jacket and a powder blue blouse. With it she'll wear a turban, pinned with blue cornflowers and a dotted veil.

Her oblong pocketbook of dark blue crepe has the name "Anne" embroidered on it in powder blue.

Her trousseau also includes:

A tailored suit of French gray suede cloth, with a plain fitted jacket and pencil stripe skirt.

An aquamarine organza evening gown.

A Mainbocher evening gown of black lace with a bouffant skirt.

A Chanel gown of Wallis blue with bolero jacket.

A number of simple pastel colored silk sport dresses and peasant bandannas to wear over her hair.

## VOTING ORDERLY IN IRISH ELECTION

Continued From Page 1

support of labor and the independents.

De Valera entered the election with his prestige high because of the agreement with Great Britain, signed April 25, which ended a long trade war. The government promised a five-year reconstruction program if given a majority.

Cosgrave charged De Valera merely wanted a "subservient Dail" to carry out his orders and said the government was without a definite program.

## FLOODS MENACE 1,500 VILLAGES

Continued From Page 1

officers on the scene, originally placed higher, now have been scaled down to 50,000 or less. The death toll was considered extremely small in proportion to the vast area devastated.

Japanese military authorities withdrawing scattered flood-bound troops have admitted a serious food shortage continued, but said Japanese casualties were small.

Chinese officials at Hankow, provisional capital, said the area directly east of the North-South Peiping-Hankow Railway now had been entirely cleared of Japanese troops, who were forced to retreat before the flood waters.

**Retreat in Anwhei**

Chinese military reports indicated also that Japanese forces marching across Anwhei Province toward the railway were forced to fall back, leaving the Japanese gunboat and destroyer armada in the Yangtze River south of the flood area, the only active arm of the widely-heralded land-and-sea drive up the Yangtze to Hankow.

Japanese warships heavily shelled Yangtze shores upstream from Nanking, where they were maintaining a foothold despite the reported failure of the westward drive of land forces.

**Spreads Mud Barrier**

To the north, toward the Yellow River, the surging flood was aiding the Chinese defenders by spreading a steadily lengthening mud barrier southward. This flood defense kept the Japanese armies in Southeastern Honan from pushing west or north.

In Anwhei Province one Japanese column was reported within 12 miles of Tsienshan, and another advancing westward farther north was said to have attacked Hwoshan, in the west central part of the province.

The Chinese, however, asserted they had repulsed the invaders in severe fighting, inflicting heavy losses.

Guerrilla bands were reported increasingly active along the East-West Lunghai Railway in the North, especially near Kweiteh and Mingchuan, east of Lanfeng, and from Liuho west to Suchow.

## BIG PLANE TESTS TO BE POSTPONED

SEATTLE, June 17 (AP).—Further test flights of the new 74-passenger Pan-American clipper will be postponed, C. L. Egtvedt, president of the Boeing Airplane Company, announced late today, pending modifications to perfect handling on the water.

He said one is to change the rudder position to give maximum control during slow speed water maneuvering. The present single rudder will be replaced with twin rudders, operating in the propellers' slipstream.

The angle and span of the clipper's hydrostabilizers—the sponsons which ride the water during taxiing—will be modified.

## FUR RACKETEER GETS THREE-YEAR SENTENCE

NEW YORK, June 17 (AP).—Jacob (Gurrah) Shapiro, a racketeer with a record of 160 arrests and four convictions since 1915, was convicted by a Federal jury tonight of dominating the $75,000,000-a-year fancy fur industry by violence in violation of the Sherman anti-trust act.

He was immediately sentenced to three years in prison and fined $15,000 by Judge Grover Moskowitz.

"My only regret," the judge commented, "is that under the act I am prevented from imposing a heavier sentence."

Shapiro already is under a two-year sentence for racketeering in the rabbit fur industry.

**FILIPINOS SEND GOLD**

WASHINGTON, June 17 (AP).—The Commerce Department reported today Philippine gold imports to the United States during the week ended June 10 totaled 7,629 ounces, valued at $266,968. Silver imports totaled 15,042 ounces, valued at $6,446.

**POWER HEARING DELAYED**

WASHINGTON, June 17 (AP).—The power commission postponed today from June 22 to June 29 a hearing in Los Angeles on the city's complaint that rates and charges in a contract with the Nevada-California Electric Corporation were unjust, unreasonable and in violation of the Federal Power Act.

# MEXICO CHAMBER TURNS TO RIGHT

## Cardenas Beaten in Test and Labor Group Loses Control

MEXICO CITY, June 17 (AP).—President Lazaro Cardenas received his first major legislative setback in three years today when the chamber of deputies defeated a proposal to place federal employes under the nation's labor laws.

The victory scored by rightist members of congress disclosed a sharp division between them and Cardenas' leftist followers.

The defeat of the proposal by a vote of 80 to 38 also meant the defeat of the Confederation of Mexican Workers in its efforts to dominate the chamber.

Members said there was vociferous cheering at the chamber's closed session, during which the proposed bill was discussed, when a member shouted: "We've got to put an end to this specter of the Soviet (Russian) bear in Mexico."

Evidence that the senate also was swinging to the right was seen in the concurrence of a number of members in criticism of the Cardenas radical administration by conservative Senator Ezequiel Padillas. In a senate speech he called for more orderly procedure in efforts to restore confidence throughout the nation.

The administration received its rebuff on the labor bill when the chamber changed its wording to describe public employes as "servants" instead of workers.

This technicality denied them the benefits of the national labor law, including the right to strike.

## COPELAND DIES IN WASHINGTON

Continued From Page 1

session, he failed to follow the prescription he handed freely to colleagues—rest and relaxation.

When a session dragged out, he would call for adjournment, on the ground that "frayed nerves, lack of poise and general restlessness" were symptoms of fatigue which made "deliberate thinking" impossible.

**Opposes New Deal.**

The New Deal had not been operating long before Copeland began to display marked aversion to some of its policies. He was, for instance, a leader in the successful fight against Senate ratification of a St. Lawrence waterway treaty with Canada.

He was open, also, in his opposition to the administration proposal to appoint six new justices to the Supreme Court.

"I applaud the great social objectives of the administration," he said, "but to be honest about it, I feel there isn't the slightest excuse or reason for such a formula as that now proposed."

"America," he said, "has been populated by refugees from political terrorism, from religious bigotry, from racial persecution, and from economic tyranny.

"They have left to us a priceless heritage of an independent judiciary as the sole protection of our people against political terrorism, religious bigotry, racial persecution and economic tyranny."

**Against CIO.**

As chairman of the Senate Commerce committee, Copeland was in the midst of fighting over maritime problems. He took an active hand in passing the law establishing the maritime commission, which is seeking to rebuild the American Merchant Marine by means of subsidies. He also was active in the field of food and drug regulation.

He was particularly emphatic in denouncing what he called "subversive activities at sea" and in calling for the deportation of Harry Bridges, maritime labor leader.

As for the CIO he assailed it as a "rabble-rousing and blustering" organization. Labor leaders he attacked were quick to hit back, calling his activities unfair.

Copeland's last appearance on the floor of the Senate was during a furious struggle over flood control this week. He appeared pale and weak then.

In recent years, Copeland was distinctly out of favor at the White House.

## LOS ANGELES MAYOR OUSTER DEMANDED

Continued From Page 1

in the attempt on the private investigator's life.

Charging that Mayor Frank L. Shaw and Police Chief James E. Davis "are a couple of Charlie McCarthys taking orders from higher-ups," the Citizens' Independent Vice Investigating Committee, an active group headed by Clifford E. Clinton, said it will redouble its drive to recall the mayor.

**Threatens to Tell Secrets**

Convicted Earle E. Kynette, who headed the squad which spied on Raymond, said he would tell some "red hot political secrets" if necessary to save himself from the penitentiary and at the same time predicted "Raymond will be killed within a year, his murderers convicted and I will be vindicated."

Kynette and his former aide, Roy Allen, face long prison terms. The former head of the police intelligence detail was found guilty of attempted murder, assault with intent to commit murder and malicious use of explosives. Allen was convicted only on the last count. A third defendant, Fred Browne, also one of Kynette's men, was acquitted on all counts.

Attorneys for the pair said they will file a motion for a new trial, which, if denied, will be followed by a request for arrest of judgment and the filing of an appeal. Terms for the men will be set by the Board of Prison Pardons and Paroles.

# Salt River Irrigation Project Advances



The newly completed spillway of the Mormon Flat Dam, near Phoenix, Ariz., brings nearer the completion of the Great Salt River Valley irrigation project. The channel is at right.

## BIG FIRE RAGES IN GILA FOREST

### Flames Out of Control, Rangers Report

SILVER CITY, N. M., June 17 (AP).—An uncontrolled forest fire roared over the divide of the Black range today on the wings of high winds, defied the efforts of nearly 500 fire fighters and swept to within five miles of the mountain center of Kingston.

The blaze, worst in the experience of Rangers in the Gila National Forest, advanced eastward along Iron Creek about 40 miles east by north of Silver City in Southwestern New Mexico.

Evacuation of summer residents in the little ghost mining camp of Kingston, now a resort center of about 100 persons, was in preparation in event the flames worked down the east side of the range.

Forest Service fire experts said the situation looked "a little more favorable" late today, but admitted the wind was "a big factor." It was pointed out that natural updrafts on the mountain side would delay the down-moving blaze.

"It is a regular hurricane on top of the mountains," reported Assistant Forest Supervisor L. A. Wall.

The blaze was moving over a three-mile front through stands of big timber. Deer and other wild life were fleeing ahead of it, and livestock was being moved out of the way.

## NORMAN THOMAS FIGHTS DEGREE FOR MOORE

PRINCETON, N. J., June 17 (AP). A Princeton senior made public tonight a letter he said he received from Socialist Leader Norman Thomas in which Thomas suggested a student protest "quietly in advance" to prevent the reported award of an honorary degree to Governor A. Harry Moore at Tuesday's commencement.

J. Harlan Cleveland, '38 of Cincinnati, a Rhodes scholar-elect, said the letter dated June 10, was sent from Kent, Conn., and in it Thomas said he had heard reports a degree was to be presented to Moore.

"The news seems incredible," Cleveland quoted from the letter. "Is it true? If so can any student protest quietly in advance prevent it, or if not, being made more openly, take some of the curse from Princeton. I have written a prominent trustee and prominent alumnus."

Thomas, a graduate of Princeton, and himself recipient of an honorary degree from the university a few years ago, was prevented nearly two months ago from speaking in Jersey City where Frank Hague is mayor. Thomas charged he was "deported."

## OLD AUSTRIAN ARMY MERGED WITH NAZIS

BERLIN, June 17 (AP).—A decree for the co-ordination of the former Austrian army with that of Germany and an order calling the Austrian men born in 1917 to report between next Aug. 16 and Sept. 10 for military service were announced today in the official Gazette.

The decree makes Field Marshal Hermann Wilhelm Goering's national defense laws of May, 1935, operative for the new Austrian province.

These ordered all male Germans between 18 and 45 years to serve a year in the army, made a year of labor service prerequisite to military service and provided that Germans living abroad must serve their terms in Germany.

## ALIENIST ENDS LIFE IN FLAMING AUTO

IONIA, Mich., June 17 (AP).—The charred body of a man Sheriff Herbert A. Ross said was that of Dr. Leon E. Duval, 46, assistant medical superintendent of the Michigan Hospital for the Criminal Insane, was removed from the flaming wreckage of an automobile on a lonely road near here today.

Beside the car was found a hat which Sheriff Ross said held the following note:

"This is a deliberate act of suicide chosen as the alternative to two murders which I had planned to commit. The intended victims will know who I mean."

## CZECH ARMY PLANE SIGHTED IN GERMANY

BAYREUTH, German, June 17 (AP).—An airplane reported to be a Czechoslovak military craft was sighted crossing the German border today near the Bavarian village of Lam, about four miles from the frontier.

The plane flew low, one observer reporting he had seen a passenger leaning over the side of the plane photographing the countryside.

The machine circled the neighborhood, its passengers apparently inspecting roads and buildings of the frontier region, for 30 minutes.

## FISHERMEN IN BOAT KILLED BY LIGHTNING

OAKDALE, La., June 17 (AP).—Reports to relatives here from Urania, La., said Leon Brooks of Urania and a companion were struck dead by lightning yesterday while fishing from a small boat on Big Lake, near Shreveport.

The parents of Brooks, Mr. and Mrs. J. J. Brooks of Oakdale, and other relatives left last night for Urania. The body of Brooks fell in the boat and was recovered while the other man's body toppled into the lake and was being searched for.

## FRENCHMEN WORRIED IN PLACING PLAQUES

LAVAL, France (AP).—The municipal council of Laval bought two bronze plaques to put on the walls of the birthplaces of two famous Frenchmen, but nobody could find out where the two were born.

After two years of research, however, Laval experts found houses where Henri Rousseau, artist, and Alfred Jarry, poet, had lived and the plaques were put up with appropriate ceremonies.

Now the council has been disturbed by reports that the two were born on farms outside Laval.

## 16 DEFENDANTS IN DAMAGE SUIT

### Litigation Aftermath of Old Romance

LOS ANGELES, June 17 (AP).—The romance in which Tommy Warner Jr. paid $2,900 to find whether Mrs. Jean MacDonald loved him or wanted his money, *produced another* damage suit today.

Chet Lauesen, private investigator, sued Thomas W. Warner, *automobile accessories manufacturer*, District Attorney Buron Fitts and 14 other persons for $55,000 damages.

*Lauesen charged* that the defendants raided the home of Mrs. Pearl Antibus, private investigator, in June, 1937, when Tommy and Mrs. MacDonald—since married—were guests there "for the purpose of kidnaping and forcibly removing" Tommy, threatened Lauesen with a pistol and physically overpowered Mrs. Antibus. Lauesen said he was a resident of the home.

Mrs. Antibus has a $1,250,000 damage suit pending against Warner Sr., Fitts and others because of injuries claimed received in the alleged raid.

*Tommy Warner recently* sued for an accounting of the $2,900 he paid Mrs. Antibus, but the court held it was worth that amount to find Mrs. MacDonald loved him and wasn't after his money.

## POLICE ARE CALLED AS WORKERS STRIKE

GEORGETOWN, British Guiana, June 17 (AP).—Two thousand East Indian and negro plantation workers went on strike today at the Albion and Portmourant sugar estates in Berbice County, 100 miles from Georgetown.

Police reinforcements were ordered out. White employes barricaded themselves in their homes as the strikers staged parades *demanding more pay*.

Government officials conferred with labor leaders.

# U. S. ARRANGING TO EXECUTE FIVE

## Methods Used in States Where Convicted to Be Used

WASHINGTON, June 17 (AP).—The Department of Justice, which has not had an execution since Arthur Gooch was hanged on June 19, 1936, for violating the Lindbergh law, arranged today to put five Federal prisoners to death.

Anthony Chebatoris is scheduled to be the first to die. He is under sentence to hang July 8 at the Federal detention farm at Milan, Mich., for slaying in connection with a Michigan bank robbery.

The other four awaiting execution for committing Federal crimes are James R. Dalhover, diminutive "trigger-man" for the former Brady Gang; John H. Seadlund, who kidnaped and killed Charles S. Ross, a Chicago greeting card manufacturer, last October; Glen Applegate and Robert J. Suhay, convicted of killing Special Agent Wimberly W. Baker at Topeka, Kan., on April 17.

Under a law passed June 19, Federal prisoners must be executed by whatever method is prescribed by the laws of the State within which sentence was imposed.

In preparation for the executions, and to establish a permanent policy, Assistant Attorney General Joseph B. Keenan mailed today to all United States marshals instructions for carrying out executions. Unless the court specifies otherwise, Federal executions will take place "about sunrise" on the fixed day.

Not more than 27 persons may attend Federal executions, Keenan ordered.

The death penalty may be inflicted in Federal Court for violating the Federal kidnap law, for killing a person during a bank robbery, or for killing a Federal law enforcement officer.

## FUNDS FOR GALVESTON MARINE HOSPITAL ASKED

WASHINGTON, June 17 (AP).—Aides of Representative Mansfield urged Federal officials today to allot $870,000 from the spending-lending appropriation for an addition to the Marine Hospital at Galveston, Tex.

*Saturday Special!*
Bake Shop
**Pineapple Orange**
LAYER CAKE
**39c**
Try some . . . it's simply delicious . . . made with day-old eggs and fresh creamery butter. It's our famous Pineapple Orange Layer Cake with a generous topping and finishing of rich pineapple and orange fruit.
Joske's Street Floor

**Follow the Crowds**
**. . . to the BIG Sale at the BIG Store!**
JOSKE'S
Semi-Annual
Clearance
and Sale
*Bargains in Over 100 Departments!*
*Savings for All the Family!*
*Big Values for the Home, Too!*

San Antonio Express, San Antonio, Texas, US
June 18, 1938, Page 3
https://newspaperarchive.com/san-antonio-express-jun-18-1938-p-3/
NEWSPAPERARCHIVE®