# Exhibit E

If you fail to receive your Evening Democrat Phone Western Union, 206, before 7:30 p. m. Your paper will be delivered free.

# The Evening Democrat

FINAL EDITION

NEWSPAPER ENTERPRISE ASS'N. SERVICE — UNITED PRESS FULL LEASED WIRE

NUMBER 11,236 — PRICE 3 CENTS — FORT MADISON, IOWA, TUESDAY, JULY 12, 1938. Wednesday 13 — SEVENTIETH YEAR

# FINISH CONTEMPT TESTIMONY

## GREAT BRITAIN'S POLICY UNDERGOES CHANGE OF PACE

By JOE ALEX MORRIS
(United Press Staff Correspondent)

Great Britain's struggle to guard the peace of Europe is undergoing a quiet but significant change of pace that may decide the outcome of Prime Minister Neville Chamberlain's policy of dealing realistically with the dictatorial bloc.

The newest backstage diplomatic developments have shifted Britain's attention from Italian Premier Benito Mussolini to his partner in the Fascist-Nazi axis, Fuehrer Adolf Hitler, in an effort to negotiate a settlement of European war threats.

Circumstances—particularly the prospect of a long delay in ending the Spanish civil war—were responsible for the shift toward Germany before the new Anglo-Italian friendship treaty goes into effect, but a deal with Hitler has been Chamberlain's prime objective from the beginning.

**Major Difficulties.**

Chamberlain's program has met with major difficulties at almost every turn. Political foes at home have persistently threatened to turn him out. Mussolini, taking advantage of Italy's good bargaining position, has held out for a high price in return for Fascist co-operation. Continuation of the Spanish war has prevented the Anglo-Italian pact from going into effect and thus weakened the keystone of Chamberlain's program.

The British prime minister has sought some way to put the treaty into effect without awaiting withdrawal of Italian volunteers from Spain but strong opposition at home has prevented such action.

That failure has aroused anger in Rome and there has been some danger that the keystone of the new realistic policy would crumble before it was in place.

At the same time Chamberlain has been unable to lose more time in dealing with Germany. The comparative relaxation of war fears at present has provided the best opportunity for action. In addition, the Czechoslovakian minority issue will soon be brought to the front again as a basis for German expansionist activity in central Europe. Authoritative observers in the Balkans believe Hitler is likely to act on another front before forcing the issue will soon be brought to the front again as a basis for German expansionist activity in central Europe. Authoritative observers in the Balkans believe Hitler is likely to act on another front before forcing the issue in Czechoslovakia but the problem remains unsettled.

**On Fight Fronts.**

Meanwhile on the fighting fronts:

CHINA.—Japanese aerial bombers again led the Yangtze offensive toward Hankow, pouring explosives into the Chinese defenses at Kiukiang. This has created a serious problem for the Chinese—who have been destroying the city in preparation for withdrawal—as well as for Japanese. British representatives have protested vigorously to the Chinese government. Canton again was bombed by the Japanese and new raids were expected on the Hankow area.

SPAIN.—Loyalist troops stalled the Spanish rebel advance on Valencia by vigorous counter-fighting in the Sierra de Espadan sector. Insurgents admitted delays but claimed they were advancing slowly in some areas.

## BUDGET ESTIMATE MOUNTING

WASHINGTON, (UP).—President Roosevelt spread before the nation today the darkest budget estimates since 1936 with a forecast of record-breaking New Deal spending and a treasury deficit of approximately $4,000,000,000.

The report dealth with the fiscal year 1939. On the basis of figures presented today the treasury will be going into the red at the rate of about $7,500 a minute during the entire 12 months.

**Turns Corner.**

Mr. Roosevelt's out-of-season fiscal summation turned a corner in New Deal budget trends. It ended the period of increasing revenue, decreasing expenditures and diminishing deficits, but continued the national debt toward new high ground.

He estimated that the national debt would be $40,650,000,000 when the 1939 fiscal year ends in approximately 11½ months. In that period the New Deal plans to spend almost $9,000,000,000.

Charging responsibility for decreasing revenue and necessity of additional spending to "business recession," Mr. Roosevelt today revised the 1939 fiscal year budget estimates which originally were presented to congress when it convened last January.

**Revenue Trend.**

These new estimates, reversing a comparatively satisfactory trend of budget developments which had been maintained since June 30, 1936, followed by two days the treasury's announcement that revenue in the 1938 fiscal year just ended was the greatest in history.

On the basis of new estimates for the current fiscal year, however, the nation now is embarked on a 12-month period of record-breaking peace time spending.

Significant in Mr. Roosevelt's revised estimates was a statement which excluded further dollar devaluation or other extraordinary currency maneuvers in meeting the 1939 budget problem. The big bill will be met by a combination of drawing on cash reserves, using social security and similar proceeds and finally borrowing from the public.

### Mt. Pleasant Lawyer Nominated for Bench

BURLINGTON, Iowa, (UP).—Paul H. McCold, Mt. Pleasant, today was given the Republican nomination for judge of the 20th judicial district.

### Japanese Planes Renew Bombing as Ground Forces Gain

SHANGHAI, (UP). — Japanese planes renewed their bombings today while ground forces again smashed at the Chinese lines around Kiukiang, a key city in the defense of Hankow.

For the second time in two days the bombers swept over Canon, largest commercial city in southern China.

At 8:30 a. m. 24 of them dropped 20 bombs in the vicinity of government buildings. Honam island close to the American-sponsored Lingnam university, also was bombed.

Rescue workers still were digging for bodies of victims of yesterday's bombing. Officials estimated that 70 persons were killed and more than 200 injured yesterday.

In Hankow, Chinese government officials anticipated further air raids such as that of yesterday on Wuchang, across the river from Hankow, and Ichang, important Chinese airdrome upriver from the capital.

### President's Train is Delayed 55 Minutes

OGDEN, Utah, (UP).—President Roosevelt's special train left Ogden for the Pacific coast at 7:11 a. m. MST., today, 55 minutes behind schedule.

Railroad officials explained the delay was caused by a complete servicing of the 10-car special. Because of unusually high temperatures, an extra quantity of ice had to be placed in air conditioning equipment.

## Countess Withdraws Charge Against Count

LONDON, (UP).—A threats charge against Count Court Haugwitz-Reventlow, which shocked London society and marked the wreck of his marriage to Countess Barbara Hutton Haugwitz-Reventlow, was withdrawn by mutual consent today at Bow street police court.

In withdrawing the charge, Sir Patrick Hastings, chief counsel for the $40,000,000 Woolworth five and ten cent store heiress, announced that the count had given an undertaking not to communicate with her in any way.

It was expected that the countess would take steps at once to sue in the Danish courts for a separation and eventually for a divorce.

She had withdrawn her charge that the count threatened her, that he threatened to "shoot like a dog" a man distinguished in London society of whom he had become jealous; that he demanded $5,000,000 and their child as the price of separation.

In doing so, she had kept out of the records the name of the man whom the count, according to testimony of William M. Mitchell, another of her lawyers, threatened to shoot.

But it was generally conceded that there was no hope of reconciliation and many thought that the countess' own brilliant social career on which she had embarked here, might have reached its end.

## With Howard Hughes in Globe-Girdl' Flight

Modern Magellan



Here is the young man who is now dashing around the world to add another triumph to an already impressive record of achievement. Howard Hughes—who inherited a fortune and then went on to success in the oil tool business, movie production and aviation—is pictured in the cabin of the plane which is carrying him on his flight.

Tracing Round-the-W




Following almost the same route as did the late Wiley Post in 1933, Howard Hughes speeds his $200,000 Lockheed plane eastward in an attempt to break Post's record of 115 hours, 36½ minutes total flying time around the globe. The broken line in map above traces Hughes' flight as far as Moscow. From that city onward, Hughes was expected to follow approximately the same course as that taken by Post (solid line)—except that the stops would not be the same.

## Flyers Race Toward Goal

**BULLETIN.**

**WASHINGTON, (UP).— The coast guard cutter Spencer in the Bering sea intercepted a message from Howard Hughes' plane saying he was 930 miles from Fairbanks, Alaska, at 1:30 p. m. CST.**

FAIRBANKS, Alaska, (UP).—Howard Hughes and his four world-girdling companions raced at more than 200 miles an hour today toward the American continent and a sensational new aviation record.

Sending frequent radio reports of conditions aboard the $200,000 monoplane, the millionaire flier pushed the craft toward Fairbanks over the great circle route from Yakutsk, Siberia, on the fifth and most dangerous leg of the 14,148-mile flight from New York-to-New York.

He hoped to reach Fairbanks in 12 hours (about 6 p. m., CST.) and New York tomorrow.

**All Well Aboard Plane.**

With the mist-blanketed Bering Straits, which separate the Asian and American continents, lying ahead, Hughes reported from time to time to west coast radio stations that all was well aboard the plane.

At 7:22 a. m. CST,, a message relayed to his New York flight headquarters by an army station at Seattle, Wash., said that he was about 300 miles east of Yakutsk, where he had landed at 3:08 a. m. after putting 8,911 miles behind him. That put him beyond the dangerous Verhoyansk mountains. Hughes left Yakutsk at 6:01 a. m. CST.

At Fairbanks, with 11,368 miles covered and 3,380 to go, Hughes will pick up the trail—blazed in 1933 by the late Wiley Post, from whose world flight record of seven days, 18 hours and 49½ minutes the five fliers expect to clip at least three days.

**Established Contact.**

Shortly after leaving Yakutsk on the 2,457-mile flight to Fairbanks the fliers established direct radio contact with amateur station W-6-CUH at Hermosa Beach, Calif., and sent reassuring messages which were relayed to New York where the wives of three of the fliers were anxiously awaiting word of their progress.

Richard Stoddart, radio engineer, reported at 9:31 a. m. CST. that "all is well" and sent greetings to Mrs. Stoddart, Mrs. Cornelia Connor, wife of Harry P. Connor, navigator, and Mrs. T. L. Thurlow, wife of the crew's other navigator.

## SEADLUND WILL DIE TONIGHT

CHICAGO, (UP).—John Henry Seadlund, who reigned briefly as the nation's public enemy No. 1, ate his last breakfast today.

At 12:02 a. m. (CST) tomorrow, he will die in the Cook county jail electric chair for the kidnaping that resulted in the murder of Charles S. Ross, 72-year-old retired Chicago greeting card manufacturer.

Three hours before the execution, Seadlund will be transferred to a death cell. There, he will partake of his last meal, if he wishes to eat, and shortly after midnight will walk to the execution chamber.

The lone religious witness will be the Rev. Ernest Kamfhold, Catholic chaplain at the jail.

So strict is the government's supervision over the execution that Sheriff John Toman, head of the jail administration, was forced to obtain special permission from Washington to be present.

### Station Attendant is Robbed by Two Bandits

MASON CITY, Iowa, (UP).—Two unidentified bandits early today held up and robbed Charles Reisdorf, a filling station attendant, of $52 in cash and a watch. Reisdorf could furnish police only with a meager description of the two men.

### Trampled by Horse; Injuries Prove Fatal

EMMETSBURG, Iowa, (UP).—Injuries suffered when he was trampled by a horse last week proved fatal yesterday to William Rafferty, 76. He is survived by two daughters and a son.

## JANE GOODSILL REACHES FINALS

Jane Goodsill, 16, of St. Paul, Minn., drove her way into the finals of the women's western junior open golf championship today with a 3 to 2 victory over Mary Wilder of Glencoe, Ill.

The tournament medalist, competing in her first major tournament will meet Catherine Shuster, husky 16-year-old Long Beach, Calif., girl in the final round tomorrow.

Miss Shuster defeated Kathleen Carey of Cedar Rapids, Iowa, in the semi-final round 2 to 1 today.

## KIDNAP SUSPECT QUIZZED

**TACOMA, Wash., (UP).—The state patrol announced today that Frank Olson, a farm worker who had "confessed" that he kidnaped and killed 10-year-old Charles Mattson, was insane and would be returned to an asylum.**

**Olson's statement involving himself in the crime 18 months ago is of no value to officers, Chief William Cole of the state patrol said. He said that issuance of a warrant was not justified.**

TACOMA, Wash., (UP).—Chief William Cole of the state patrol said today that 32-year-old Frank Olson, held as a suspect in the kidnap-slaying of Charles Mattson, had made three or four confessions, but obviously was mentally deranged. He said that issuance of a warrant was not justified.

Olson was brought out into a hall from the hotel room in which he has been held incommunicado three days and posed for photographers.

He bore a striking resemblance to artists' drawings which were prepared for descriptions of the kidnaper.

He wore a checkered cap pulled low over sunken eyes, a heavy jacket overall trousers and heavy work shoes.

**Questions Asked.**

After he was bombarded with questions, "did you confess?" "did you do the kidnaping?" "how do you feel," "have you anything to say?" he finally muttered, "not a thing."

Olson's bearded face was devoid of expression except for a slight smile which flickered for an instant as cameramen crowded in for pictures.

He held his hands behind his back. His knees sagged. His shoulders were stopped. His slight body appeared weary.

## Lumber Mill Workers Stage Bloody Battle

WESTWOOD, Calif., (UP).—Lumber mill workers of two warring unions battled through the streets here today and one man was shot and 30 others were injured in hand-to-hand fighting in which fists, clubs and axes were used.

More than 2,000 men were in the tangled, battling mass. Sheriff James Small and deputies turned fire hoses on the men but the workers overpowered the small group of officers and went on with their fighting. Men fell unconscious to the street and were trampled.

The fighting started shortly after daw when members of the industrial employes union an independent organization, marched through town announcing they intended to clear the place of striking members of the sawmill and lumber workers union, a Committee for Industrial Organization affiliate. The strike resulted in a company order "permanently" closing the big plant here, the town's only industry.

The invading force caught the CIO pickets by surprise and gained an early victory, but other CIO men hurried to the scene and in the counter attack the fighting became general.

## 3 Officials Of CIO Are Held In Contempt

**NEWTON, Iowa, (UP).— Three officials of the Committee for Industrial Organization were held in contempt of court today in connection with the two-months-old strike at the Maytag Washing Machine company.**

**Each was sentenced to 6 months in jail and fined $500 by Judge Homer Fuller.**

**The defendants were William Sentner, St. Louis, district director of the Committee for Industrial Organizations; James Carey, New York, international president of the united electrical, radio and machine workers of America, and Hollis Hall, vice president of the Newton local of the union.**

**Judge Fuller told the men that he would parole them if they would apologize to Maytag officials and break up the strike and promise him there would be no further strikes at the Maytag plant.**

**He also said he would see that they would not have to pay their fines if they persuaded union members to return to work immediately.**

**The defendants were found guilty of violating an injunction issued June 23 by District Judge Frank Bechly.**

NEWTON, Iowa, (UP).—Testimony in the contempt of court cases growing out of the Maytag labor controversy was completed by both sides today and Judge Homer Fuller said he would announce his findings at 2 p. m.

Both state and defense counsel waived final arguments after the three defendants testified in their own behalf.

They are William Sentner, St. Louis, regional director for the Committee for Industrial Organization; James Carey, New York, international president of the united electrical radio and machine workers union, and Hollis Hall, vice president of the Newton local.

The union is the recognized bargaining agency for employes of the strikebound Maytag Washing Machine company plant.

**Ordered to Show Cause.**

The three officials were ordered to show cause why they should not be cited for contempt for violating a temporary injunction restraining union employes from interfering with employes who wished to return to work, from trespassing on company property and from mass picketing of the plant.

The day after the injunction was issued 300 union workers started a sit down in the plant which lasted until July 1.

Carey and Sentner both offered the same testimony today. They said they had expressed the opinion that the injunction was illegal but denied they had urged its violation.

Carey said he wouldn't mind being the first one cited for contempt because "I am sure I would be found innocent."

Hall also denied that he had urged violation of the injunction and said that he had no previous knowledge of the sitdown.

**Urged Caution.**

"When I learned that the men were in the plant, I went from window to window urging them to be careful not to damage any machinery or other company property," he testified.

Robert Kirkwood, secretary of the union local, testified that he and Wilbert Allison, president of the local, had gone to all beer taverns in town and urged the proprietors to see that workers outside the plant did not "get too much to drink."

"We wanted to be sure there would be no trouble" he said.

After testifying at contempt of court proceedings, Sentner appeared before the three man arbitration board seeking peaceful settlement of the two-month-old dispute.

Seeking to disprove the company's contention that average wages of Maytag employes are the highest for any industry in Iowa, Sentner cited wages paid at the Rollins Hosiery Mills and the Lakeshore Tire and Rubber company in Des Moines.

**Denies Report.**

DES MOINES, (UP).—Gov. Nelson G. Kraschel denied today that there has been violations of the "gentlemen's agreement" entered into last week by principals in the Maytag Washing Machine company dispute.

The governor sent two state agents to Newton to see that the agreements were carried out. It provides:

1. That the company will not be operated pending arbitration of the dispute.

2. That the union will conduct no mass picketing.

3. That members of a back-to-work group of employes will not attempt to rush the plant and resume operations.

Kraschel replied to a telegram received last night from Wilbert Allison, president of the Newton local of the united electrical, radio and machine workers union.

Allison claimed that 200 production and maintenance men had been permitted to enter the plant and that they were sending out crates of repair parts.

"Interference" by the governor's agents was criticized yesterday by Judge Homer Fuller at Newton. He said the agents had no right to prevent anyone from entering the plant.

### Four Post Offices Scheduled for Iowa

DES MOINES, (UP).—Four post ofifce buildings will be constructed in Iowa with funds authorized under the federal public buildings appropriations act of 1938, J. J. Hughes, state director of the national emergency council, announced today.

### Weather Forecast

**Furnished by U. S. Weather Bureau**

For Iowa.—Generally fair tonight and Thursday, preceded by unsettled in central and east early tonight with thunderstorms this afternoon; cooler tonight, except near Davenport; cooler Thursday in south central and extreme east portion.

For Illinois.—Probably thunderstorms extreme south tonight and Thursday, and this afternoon and tonight central and north, becoming generally fair Thursday; not so warm tonight near Springfield and in south portion Thursday.

For Missouri.—Thunderstorms this afternoon or tonight in north, becoming generally fair Thursday; probably thunderstorms in south tonight or Thursday; cooler central and north tonight, and in south and east central Thursday.

**RIVER STAGE.**

Record Maximum, June 6, 1851—530.93 Memphis Datum.

Record Minimum, September, 1893—509.03 Memphis Datum.

Average Reading—525.08 Memphis Datum.

Tuesday—525.59 Memphis Datum; a fall of .15 of a foot.

Today—525.64 Memphis Datum; rise of .05 of a foot.

**The Evening Democrat's Thermometer Readings**

| | |
|---|---|
| 3 p. m. Tuesday | 97 |
| 6 p. m. Tuesday | 98 |
| 9 p. m. Tuesday | 88 |
| 12 midnight Tuesday | 85 |
| 3 a. m. Wednesday | 83 |
| 6 a. m. Wednesday | 78 |
| 9 a. m. Wednesday | 79 |
| 12 noon Wednesday | 86 |
| 3 p. m. Wednesday | 93 |
| **Today.** | |
| Maximum | 92 |
| Minimum | 76 |
| **Year Ago Today.** | |
| Maximum | 89 |
| Minimum | [illegible] |

Fort Madison Evening Democrat, Fort Madison, Iowa, US

July 13, 1938, Page 1

https://newspaperarchive.com/fort-madison-evening-democrat-jul-13-1938-p-1/

NEWSPAPERARCHIVE®