MICHAEL BAILEY
United States Attorney
District of Arizona

KRISSA M. LANHAM
Arizona State Bar No. 035085
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone (602) 514-7500
E-Mail: Krissa.Lanham@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Lezmond Mitchell,<br>Defendant. | CR-01-01062-PCT-DGC-1<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.3 and Civil Local Rule 83.3 of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Krissa M. Lanham is added as counsel for the United States.

Respectfully submitted this 20th day of August, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Krissa M. Lanham*
KRISSA M. LANHAM
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2020, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and to be noticed to the following participants in the CM/ECF system:

Jonathan C. Aminoff
Celeste Bacchi
*Attorneys for Defendant*

*s/ Tammie R. Holm*
U.S. Attorney's Office